DEMOCRATIC PARTY OF NEW JERSEY, INC. v. JACK COLLINS, ASSEMBLYMAN.

NICK BALLESTERI v. DAVID C. SCHWARTZ.

FRANK B. HOLMAN v. GABRIEL M. AMBROSIO.

July 8, 1988.

This appeal having been remanded to the trial court for reconsideration and for a consolidated hearing, and the parties to the actions having consented to their dismissal as memorialized in the June 13, 1988 order of the Superior Court, Law Division,

And that dismissal having rendered the within appeal moot;

It is ORDERED that the within appeal is dismissed as moot. (See — N.J. — (1987)).